# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-00007-RGE-HCA |
| | ) | |
| v. | ) | |
| | ) | |
| KURT WILLIAMS; and | ) | |
| GEARHEAD PROPERTIES, LC | ) | |
| | ) | |
| Defendants. | ) | |

---

## JOINT STATUS REPORT

The Parties, through undersigned counsel, submit the following Joint Status Report to this court in advance of the December 2, 2025, Status Conference:

1. This case was brought by the United States under the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601-3619, and involves allegations that Defendants Kurt Williams and Gearhead Properties, LC discriminated against female tenants, at residential rental properties owned and/or managed by both defendants, on the basis of sex, including subjecting them to sexual harassment in violation of the FHA, 42 U.S.C. §3617 Doc. 1.

2. In September 2025, just prior to the government shutdown, the parties reached a tentative agreement to resolve the United States' claims without the

necessity of litigation.

3. The case was stayed due to the 43-day lapse in federal government appropriations, and then the stay was lifted by this court on November 17, 2025, when the government shutdown ended. (Doc. 31).

4. Since the government reopened, counsel for the United States has been preparing an agreement which memorializes the settlement terms for counsel for the Defendants' review and approval.

5. The parties should have a finalized agreement, with all necessary signatures executed, ready and filed for this Court's approval in the upcoming weeks.

Dated: November 25, 2025

        Respectfully submitted,
        PAMELA BONDI
        Attorney General

        HARMEET K. DHILLON
        Assistant Attorney General
        Civil Rights Division

        CARRIE PAGNUCCO
        Chief

| /s/Kristin Herrera | /s/Charla Jackson |
|---|---|
| KRISTIN HERRERA | AMIE S. MURPHY |
| Assistant U.S. Attorney | Deputy Chief |
| United States Attorney's Office | CHARLA JACKSON |
| Southern District of Iowa | Trial Attorney |
| 210 Walnut Street, Suite 455 | Housing and Civil Enforcement Section |
| Des Moines, IA 50309 | Civil Rights Division |
| Telephone: 515-473-9353 | U.S. Department of Justice |
| E-mail: Kristin.herrera@usdoj.gov | 950 Pennsylvania Avenue NW – 4CON |
| | Washington, DC 20530 |
| | Phone: (202) 598-5637 |
| | Fax:(202)514-1116 |
| | E-mail: charla.jackson@usdoj.gov |

        Attorneys for Plaintiff
        United States of America

/s/ Lynn Smith
_____

Lynn M. Smith
Beecher, Field, Walker, Morris, Hoffman
& Johnson, P.C.
620 Lafayette Street, Suite 300
Waterloo, Iowa 50703-0178
Phone: 319-234-1766
Fax: 319-234-1225
Email: lsmith@beecherlaw.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2025, I caused the foregoing *Joint Status Report* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: November 25, 2025

By: s/ Charla Jackson