## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

UNITED STATES OF AMERICA, )
                                      )

        Plaintiff,           )      Case No. 3:25-cv-00007-RGE-HCA

                                        )

        v.                        )

                                        )

KURT WILLIAMS; and         )
GEARHEAD PROPERTIES, LC   )

                                        )

        Defendants.      )

-------------------------------------------------------------------------------------------------------------

## JOINT MOTION TO DISMISS

The Parties, through undersigned counsel, submit the following Joint Motion to Dismiss:

This complaint was filed by the United States of America on January 17, 2025, against Defendants Kurt Williams and Gearhead Properties, LC, alleging violations of the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601-3619. The Parties have reached an agreement on the terms of a resolution in this matter, as set forth in Exhibit A (the "Agreement").

The Parties respectfully move the Court to dismiss with prejudice this action under Federal Rule of Civil Procedure 41(a)(2), except that the court shall retain jurisdiction to enforce the Agreement until it expires on or about January 8, 2031. The

Parties request that the Court's order take effect twenty-one (21) days after entry to ensure that Defendant has made the monetary payments required by Paragraphs 16 and 32 of the Agreement.  The Parties agree that each party shall bear its own costs and attorney fees.

Dated: January 8, 2026

|  | Respectfully submitted,<br>HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
|---|---|

DAVID C. WATERMAN
United States Attorney          CARRIE PAGNUCCO
Southern District of Iowa       Chief

/s/ *Kristin Herrera*                    /s/ *Charla Jackson*
KRISTIN HERRERA                   AMIE S. MURPHY
Assistant U.S. Attorney           Deputy Chief
United States Attorney's Office    CHARLA JACKSON
Southern District of Iowa         Trial Attorney
210 Walnut Street, Suite 455      Housing and Civil Enforcement Section
Des Moines, IA 50309              Civil Rights Division
Telephone: 515-473-9353           U.S. Department of Justice
E-mail: Kristin.herrera@usdoj.gov 950 Pennsylvania Avenue NW – 4CON
                                  Washington, DC 20530
                                  Phone: (202) 598-5637
                                  Fax:(202)514-1116
                                  E-mail: charla.jackson@usdoj.gov

                                  For the Plaintiff
                                  United States of America

s/ *Lynn Smith*

_____

Lynn M. Smith
Beecher, Field, Walker, Morris, Hoffman
& Johnson, P.C.
620 Lafayette Street, Suite 300
Waterloo, Iowa 50703-0178
Phone: 319-234-1766
Fax: 319-234-1225
Email: lsmith@beecherlaw.com

For Defendants Kurt Williams and
Gearhead Properties, LC

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January 2026, I caused the foregoing *Joint Motion to Dismiss* and accompanying Exhibit to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: January 8, 2026

By: *s/ Suellen Irwin*
Paralegal Specialist